UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| JEFFREY BROWN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:20-CV-00298-LM |
| ) | |
| v. ) | |
| ) | |
| MERCHANTS AUTOMOTIVE GROUP, ) | |
| INC. ) | |
| ) | |
| Defendant. ) | |

STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date: April 12, 2021        /s/ *Allan K. Townsend*
                            Allan K. Townsend
                            Attorney for Plaintiff

                            Employee Rights Group
                            92 Exchange Street
                            Portland, Maine 04101
                            207-874-0905
                            Allan@EmployeeRightsLaw.Attorney

Date: April 12, 2021        */s/ Megan C. Carrier*
                            Megan C. Carrier
                            Attorney for Defendant

                            Sheehan Phinney Bass & Green
                            1000 Elm Street, 17th Floor
                            Manchester, NH 03101
                            (603) 627-8103
                            mcarrier@sheehan.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing was delivered to all counsel of record via the Court's ECF system.

Date: April 12, 2021           */s/ Allan Townsend*
                              Allan Townsend